IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

SLEP-TONE ENTERTAINMENT CORPORATION,

    Plaintiff,

v.

CDBG Enterprises Inc., an Illinois Corporation, and Billy Myers

    Defendant.

Case No.:   15-CV-1008

## NOTICE OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Fed. R. Civ. P. 41, Plaintiff SLEP-TONE ENTERTAINMENT CORPORATION hereby dismisses this action without prejudice against defendant Billy Myers.

Respectfully submitted,

SLEP-TONE ENTERTAINMENT CORPORATION

Date:   February 24, 2015

By:   /s/ Depeng Bi
    An attorney for plaintiff

Depeng (Edward) Bi
E-Mail: ebi@sherinianlaw.net
Konrad Sherinian
E-Mail: ksherinian@sherinianlaw.net

1

THE LAW OFFICES OF KONRAD SHERINIAN, LLC
1755 Park Street, Suite # 200
Naperville, Illinois 60563
Telephone:  (630) 318-2606
Facsimile:  (630) 318-2605