# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

FILED

MAY 21 2015

CLERK OF COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

SLEP-TONE ENTERTAINMENT CORPORATION,

Plaintiff,

vs.

Case Number: 15-1008

CDBG Enterprises Inc. and Billy Myers,

Defendants

## JUDGMENT IN A CIVIL CASE

**DECISION BY THE COURT.**   This action came before the Court. The issues have been heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that on 2/24/15, Defendant Billy Myers was voluntarily dismissed. **IT IS FURTHER ORDERED** that on 5/19/15, default judgment was entered in favor of Plaintiff and against Defendant CDBG Enterprises.

Dated: 5/21/15

s/ Kenneth A. Wells
Kenneth A. Wells
Clerk, U.S. District Court

