IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| SLEP-TONE ENTERTAINMENT CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>CDBG Enterprises Inc., an Illinois Corporation, and Billy Myers<br><br>Defendant. | Case No.:   15-CV-1008<br><br>Hon. Judge Joe Billy McDade<br>Hon. Mag. Judge Jonathan E. Hawley |

## JOINT MOTION TO VACATE ENTRY
## OF DEFAULT JUDGMENT AND TO DISMISS WITH PREJUDICE

Plaintiff and Defendant hereby jointly move for an order from the Court vacating the default judgment entered against Defendant (Doc. 11) and for an order dismissing the action with prejudice.

Dated: September 1, 2015

/s/ Eric Menhart
Eric Menhart, Esq.
Lexero Law Firm
316 F St NE, Suite 101, Washington, DC 20002 *
Phone: 855-4-LEXERO (855-453-9376) Ext. 101
Fax: 855-4-LEXERO (855-453-9376)
Attorney for Defendant

Respectfully submitted,

/s/ Keith A. Vogt
Keith A. Vogt
1033 South Blvd
Suite 200
Oak Park, IL 60302
Keith@Vogtip.com
708.203.4787
Attorney for Plaintiff

1

CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that service of the foregoing document was made on all counsel of record on September 1, 2015 via the court's CM/ECF system.

/s/ Keith A. Vogt
Keith A. Vogt